**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
THE NEW AMERICAN CINEMA GROUP, INC.,

    *Plaintiff*,

  -against-                        Civil Action No. _____

P8H, INC. d/b/a PADDLE8, VALENTINE UHOVSKI, RAMESHKUMAR GANESHAN, And MICHAEL MCCLELLAN,

    *Defendants.*
------------------------------------------------------------x

## DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1(b)(2)

The undersigned counsel for Megan E. Noh, Chapter 11 Trustee (the "Trustee") of defendant P8H, Inc., d/b/a Paddle8 ("P8H"), certifies: (a) on knowledge, that P8H is a non-governmental corporate party; and (b) on information and belief, that 8+ Holding LLC, a New York limited liability company, holds of record approximately 49.5% of P8H's stock, and that no publicly held corporation owns 10% or more of the stock of P8H.

Dated: October 1, 2020
      New York, New York        **PRYOR CASHMAN LLP**

                                            By: */s/ Richard Levy, Jr.*
                                                 Richard Levy, Jr.
                                                 Conrad K. Chiu
                                                 Andrew S. Richmond
                                7 Times Square
                                New York, NY 10036-6569
                                Tel. (212) 421-4100
                                Fax. (212) 326-0806
                                Email: rlevy@pryorcashman.com
                                                 cchiu@pryorcashman.com
                                                 arichmond@pryorcashman.com

                                *Attorneys for Megan E. Noh, Chapter 11 Trustee for Defendant P8H, Inc., d/b/a Paddle 8*

4948765