CLOSED,BKREF,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:20−cv−08172−GBD

The New American Cinema Group, Inc. v. P8H, Inc. et al  
Assigned to: Judge George B. Daniels  
Cause: 28:1452 R&R re motions to remand (non−core)

Date Filed: 10/01/2020  
Date Terminated: 10/02/2020  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Federal Question

**Plaintiff**

**The New American Cinema Group, Inc.**

V.

**Defendant**

**P8H, Inc., d/b/a Paddle8**    represented by **Andrew S. Richmond**  
Pryor Cashman LLP  
7 Times Square  
New York, NY 10036  
(212) 421−4100  
Fax: (212) 326−0806  
Email: arichmond@pryorcashman.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valentine Uhovski**

**Defendant**

**Rameshkumar Ganeshan**

**Defendant**

**Michael McClellan**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/01/2020 | 1 | | NOTICE OF REMOVAL from Supreme Court of the State of New York, County of New York. Case Number: 651594/2020. (Filing Fee $ 400.00, Receipt Number ANYSDC−21941140).Document filed by P8H, Inc., d/b/a Paddle8. (Attachments: # 1 Exhibit Summons & Complaint, # 2 Exhibit Notice of Bankruptcy Filing, # 3 Exhibit Exhibit to Notice, # 4 Exhibit Affidavit of Service, # 5 Exhibit Notice of Motion, # 6 Exhibit Affirmation in Support, # 7 Exhibit Memorandum of Law in Support, # 8 Exhibit Request for Judicial Intervention).(Richmond, Andrew) (Entered: 10/01/2020) |
| 10/01/2020 | 2 | | CIVIL COVER SHEET filed..(Richmond, Andrew) (Entered: 10/01/2020) |

| | | | |
|---|---|---|---|
| 10/01/2020 | 3 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent 8+ Holding LLC for. Document filed by P8H, Inc., d/b/a Paddle8..(Richmond, Andrew) (Entered: 10/01/2020) |
| 10/02/2020 | | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Andrew S. Richmond to RE–FILE Document No. 1 Notice of Removal,,. The filing is deficient for the following reason(s): the pleading was not signed by the filing attorney. Re–file the pleading using the event type Notice of Removal found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (pc) (Entered: 10/02/2020) |
| 10/02/2020 | | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge George B. Daniels. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 10/02/2020) |
| 10/02/2020 | | | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 10/02/2020) |
| 10/02/2020 | | | Case Designated ECF. (pc) (Entered: 10/02/2020) |
| 10/02/2020 | 4 | | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 20–10809 (SMB). Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12–mc–00032 (M–10–468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (gp) (Entered: 10/02/2020) |
| 10/02/2020 | | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of New York..(gp) (Entered: 10/02/2020) |